Form ntcdef

# UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF WISCONSIN

In Re:  Case Number: 1–10–14056–tsu
Chapter: 7

Kirt Brummund
Connie Brummund

Debtor(s).

## DEFICIENCY NOTICE

To: Debtor's Attorney

Pursuant to Rule 1007, Fed.R.Bankr.P., you must file the following documents within 14 days from the date of the filing of your petition.

☑ *Employee Income Records*

Even if the indicated document(s) are not applicable to your particular situation, they must still be filed with the notation "None" marked thereon.

If you do not file the information required by 11 U.S.C. § 521(a)(1) on or before 7/8/10 your case may be subject to the dismissal provisions of 521(i). If your case is dismissed, you will not receive a discharge and your rights in future bankruptcy cases may be severely limited. If you need more time to file the required information, you must make the request, in writing, on or before 7/8/10 .

Dated: 5/24/10

Marcia M Anderson, Clerk
U.S. Bankruptcy Court